IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, MADISON COUNTY, IOWA, EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS.<br><br>Defendants. | CASE NO. 4:21-cv-00349<br><br><br><br><br>NOTICE REGARDING APRIL 26, 2022, STATUS CONFERENCE |

## NOTICE REGARDING APRIL 26, 2022, STATUS CONFERENCE

1. Pursuant to the Court's February 25, 2022, Order, the parties have conferred regarding the upcoming April 26, 2022, Status Conference.

2. All parties to this matter agree that the do not have any outstanding issues regarding discovery or any other matter which currently need to be addressed by the Court.

3. Furthermore, the parties believe they are proceeding on schedule with discovery in this matter as of today's date.

4. Therefore, unless the Court has matters it needs to discuss with the parties, the parties do not see a need for a status conference at this time.

Sunday, April 24, 2022

Respectfully submitted,

S/ Glen S. Downey
Attorney for Plaintiff(s):
Address: 5214 Ingersoll Avenue, DSM, IA, 50312
Telephone: 412-865-7110
Facsimile: 515-259-7599
Email Address: glen@downey-law.net

/s/Mike RIchards
Attorney for Third-Party Defendant\Other: Madison County, John Weakland & Jason Barnes
Address: 215 10th Street, Suite 1300, DSM, IA 50309
Telephone: 515-288-2500
Facsimile:
Email Address: mike.richards@dentons,com

/s/Joe Moser
Attorney for Defendant(s): Eyerly Ball, Scott Thomas
Address: 699 Walnut Street, Suite 1700 DSM, IA, 50309
Telephone: 515-288-0145
Facsimile:
Email Address: jmoser@finleylaw.com