THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>    Plaintiffs,<br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, MADISON COUNTY, IOWA, EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>    Defendants | Case No. 4:21-cv-00349 |
| JOHN WEAKLAND, JASON BARNES, MADISON COUNTY, IOWA,<br><br>    Crossclaim Plaintiffs,<br>vs.<br><br>EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>    Crossclaim Defendants. | JOINT MOTION FOR EXTENSION OF TIME TO FILE EXPERT DESIGNATIONS |

COME NOW All Parties, by and through their Attorneys, and for their Motion for Extension of Time to File Expert Designations, state the following:

1. This case is currently scheduled for trial beginning September 5, 2023, at 9:00 a.m.

2. Plaintiffs' Expert Witness disclosures are currently due by May 30, 2022, and Defendants' Expert Witness disclosures are due by August 29, 2022.

1

3. Plaintiffs subpoenaed the Department of Criminal Investigation's file relating to this case on March 24, 2022.

4. Parties did not receive the Department of Criminal Investigation's file until May 10, 2022.

5. The Parties potential experts in this matter need additional time to review the Department of Criminal Investigation's file and prepare their statements.

6. The Parties therefore request a 21-day extension of time to file each Expert Designation.

7. The Parties are all in agreement with the proposed extension and it is in the interest of justice and judicial efficiency to grant the relief herein requested.

8. No Party will be prejudiced by the relief requested in this Motion.

WHEREFORE according to the foregoing, the undersigned respectfully requests a 21-day extension be granted, for all Parties to file each Expert Designation.

    Respectfully Submitted,

    GOURLEY, REHKEMPER,
    & LINDHOLM, P.L.C.
    By: /s/ *[signature]*
    _____
    Robert G. Rehkemper, AT0006553
    Cory F. Gourley, AT0002966
    440 Fairway, Suite 210
    West Des Moines, IA 50266
    Telephone No. (515) 226-0500
    Email: rgrehkemper@grllaw.com
    Email: cfgourley@grllaw.com
    ATTORNEYS FOR PLAINTIFF KENT H. PAYNE, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF JORDAN KENT PAYNE

Copies to:
Paul J. Statler
STATLER LAW, P.L.L.C.
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Email: paul@statlerlaw.net
Glen S. Downey
THE LAW OFFICES OF
GLEN S. DOWNEY, LLC
5214 Ingersoll Avenue
Des Moines, IA, 50312
Email: glen@downey-law.net
ATTORNEYS FOR PLAINTIFF
LESLIE KING-PAYNE, INDIVIDUALLY

Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com
ATTORNEYS FOR EYERLY-BALL
COMMUNITY MENTAL HEALTH

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on May 26, 2022

By: ☐ U.S. Mail       ☐ FAX
    ☐ Hand Delivered  ☐ Overnight Courier
    ☐ Certified Mail  ☒ E-Filed

Signature: McKayla Kromrie