IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN WEAKLAND, JASON BARNES, MADISON CO., IOWA, EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICE, and SCOTT THOMAS, <br><br> Defendants. | Case No. 4:21-cv-00349 <br><br><br><br><br><br><br><br><br><br><br><br> NOTICE REGARDING JULY 19, 2022, STATUS CONFERENCE |
| JOHN WEAKLAND, JASON BARNES, and MADISON CO., IOWA, <br><br> Cross-Claimants, <br><br> vs. <br><br> EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICE, and SCOTT THOMAS, <br><br> Cross-Defendants. | |

**NOTICE REGARDING APRIL 26, 2022, STATUS CONFERENCE**

1. Pursuant to the Court's February 25, 2022, Order, the parties have conferred regarding the upcoming July 19, 2022, Status Conference.

2. All parties to this matter agree that the do not have any outstanding issues regarding discovery or any other matter which currently need to be addressed by the Court.

3. Furthermore, the parties believe they are proceeding on schedule with discovery in this matter as of today's date.

4. Therefore, unless the Court has matters it needs to discuss with the parties, the parties do not see a need for a status conference at this time.

Respectfully Submitted,

*Paul Statler*

Paul J. Statler,  AT0012577
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Phone: 515.288.0509 Fax: 515.608.4484
Email: paul@statlerlaw.net
ATTORNEY FOR PLAINTIFF LESLIE KING-PAYNE

**PROOF OF SERVICE**

The undersigned certifies that on July 18, 2022 the foregoing instrument was served upon all parties to the above cause by:

| | | | |
|---|---|---|---|
| ( )personal service | | ( ) | first class mail |
| ( )certified mail, return receipt requested | | ( ) | facsimile |
| ( )Airborne Express (overnight) | | (X) | electronic filing |
| | | ( X) | e-mail |

I declare that the statements above are true to the best of my information, knowledge and belief.

*/s/ Paul J. Statler*

2

Copies to:

Jack Hilmes
Joseph Moser
Finley Law Firm, PC
699 Walnut Street, Suite 1700
Des Moines, IA 50309
515-288-2724
jhilmes@finleylaw.com
jmoser@finleylaw.com
ATTORNEYS FOR SCOTT THOMAS
& EYERLY-BALL COMMUNITY
HEALTH SERVICES

Michael Richards
Dentons Davis Brown PC
215 10th ST. Suite 1300
Des Moines, IA 50309
515-288-2500
Mike.richards@dentons.com
ATTORNEY FOR DEFENDANTS
JOHN WEAKLAND, JASON BARNES,
AND MADISON COUNTY, IOWA