IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA – CENTRAL DIVISION

| | | |
|---|---|---|
| **KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,** | * * * * * | Case No: 4:21-cv-00349 |
| **Plaintiffs,** | * * | |
| V. | * * | |
| **JOHN WEAKLAND, JASON BARNES, MADISON COUNTY, IOWA, EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,** | * * * * * * | **WITHDRAWAL OF APPEARANCE** |
| **Defendants.** | * | |

COMES NOW Glen S. Downey, Attorney at Law, and hereby enters a Withdrawal of Appearance on behalf of Leslie King-Payne. Ms. King-Payne still has representation through attorney Paul Statler.

Undersigned counsel has accepted a position with the Office of the State Public Defender for the State of Iowa, and he is therefore statutorily prohibited from continuing with the private practice of law.

Respectfully Submitted,

LAW OFFICES OF GLEN S. DOWNEY

/s Glen S. Downey
By: Glen S. Downey   AT0012428
5214 Ingersoll Avenue
Des Moines, IA 50312
Tel: 412-865-7110
glen@downey-law.net

*ATTORNEY FOR LESLIE KING-PAYNE*