IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, MADISON CO., IOWA, EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICE, and SCOTT THOMAS,<br><br>Defendants.<br><br>JOHN WEAKLAND, JASON BARNES, and MADISON CO., IOWA,<br><br>Cross-Claimants,<br><br>vs.<br><br>EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICE, and SCOTT THOMAS,<br><br>Cross-Defendants. | Case No. 4:21-cv-00349<br><br><br><br><br><br>NOTICE REGARDING SEPTEMBER19, 2022 STATUS CONFERENCE |

**<u>NOTICE REGARDING September 19, 2022 STATUS CONFERENCE</u>**

1. Pursuant to the Court's February 25, 2022 Order, the parties have conferred regarding the upcoming September 19, 2022 Status Conference.

2.  All parties to this matter agree that they do not have any outstanding issues regarding discovery or any other matter which currently need to be addressed by the Court.

3.  Furthermore, the parties believe they are proceeding on schedule with discovery in this matter as of today's date.

4.  Therefore, unless the Court has matters it needs to discuss with the parties, the parties do not see a need for a status conference at this time.

> Respectfully Submitted,
>
> GOURLEY, REHKEMPER,
> & LINDHOLM, P.L.C.
>
> By: /s/ *Robert Rehkemper*
>
> _____
>
> Robert G. Rehkemper, AT0006553
> Cory F. Gourley, AT0002966
> 440 Fairway Drive, Suite 210
> West Des Moines, IA 50266
> Telephone No.: (515)-226-0500
> Email: rgrehkemper@grllaw.com
> Email: cfgourley@grllaw.com
> ATTORNEYS FOR PLAINTIFF KENT H. PAYNE, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF JORDAN KENT PAYNE

Copies to:
Paul J. Statler
STATLER LAW, P.L.L.C.
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Email: paul@statlerlaw.net
ATTORNEY FOR PLAINTIFF
LESLIE KING-PAYNE,
INDIVIDUALLY

---

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on September 15, 2022

By:
- ☐ U.S. Mail
- ☐ Hand Delivered
- ☐ Certified Mail
- ☐ FAX
- ☐ Overnight Courier
- ☒ E-Filed

Signature: McKayla Kromrie

2

Jack Hilmes
Joseph Moser
Finley Law Firm, PC
699 Walnut Street, Suite 1700
Des Moines, IA 50309
515-288-2724
jhilmes@finleylaw.com
jmoser@finleylaw.com
ATTORNEYS FOR SCOTT THOMAS
& EYERLY-BALL COMMUNITY
HEALTH SERVICES

Michael Richards
Dentons Davis Brown PC
215 10th ST. Suite 1300
Des Moines, IA 50309
515-288-2500
Mike.richards@dentons.com
ATTORNEY FOR DEFENDANTS
JOHN WEAKLAND, JASON BARNES,
AND MADISON COUNTY, IOWA