IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, and MADISON COUNTY, IOWA,<br><br>Defendants and Crossclaimants,<br><br>EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>Defendants and Crossclaim Defendants. | Case No. 4:21-cv-00349<br><br><br>DEFENDANTS JOHN WEAKLAND, JASON BARNES, AND MADISON COUNTY, IOWA'S MOTION FOR SUMMARY JUDGMENT OF COUNTS I AND II OF PLAINTIFF'S COMPLAINT |

COME NOW Defendants John Weakland, Jason Barnes, and Madison County, Iowa (the "Municipal Defendants"), and for their Motion for Summary Judgment, state to the Court as follows:

1. Pursuant to Fed.R.Civ.P. 56, Defendants Weakland, Barnes and Madison County move for Summary Judgment of the Federal Constitutional Claims, which are found in Counts I and II of the Complaint.

2. On November 8, 2021, Plaintiffs filed a complaint against the Municipal Defendants in the above-captioned matter.

3. Under 42 U.S.C. section 1983, Plaintiffs alleged Federal Constitutional Claims against the municipal defendants—namely, Plaintiffs alleged Defendants Weakland and Barnes

#3420411

were deliberately indifferent to Jordan Payne's medical and/or mental health needs, thereby violating his right to be free from cruel and unusual punishment under the Eighth and Fourteenth Amendments to the United States Constitution, and Plaintiffs bring an associated Federal Constitutional *Monell* Claim against Defendant Madison County.

4. The Municipal Defendants hereby move for summary judgment on all Federal Constitutional claims alleged against them.

5. As a matter of law, the Municipal Defendants were not deliberately indifferent to Payne's medical or mental health needs in any way, and the county's suicide prevention policy is constitutionally adequate.

6. Qualified immunity shields the Municipal Defendants from any liability.

7. The Municipal Defendants are entitled to judgment as a matter of law on Counts I and II, and all of Plaintiff's Federal Constitutional Claims alleged against them should be dismissed.

8. Filed contemporaneously herewith is a brief supporting this motion for summary judgment, a statement of material facts, and an appendix. These are incorporated by reference as though fully set forth herein.

WHEREFORE, the Municipal Defendants respectfully requests the Court grant their motion for summary judgment, dismiss all Federal Constitutional Claims alleged against them in their Complaint, and grant such further relief the court deems equitable and just.

/s/ Michael C. Richards
Michael C. Richards, AT0010828
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone:   (515) 288-2500
Facsimile:   (515) 243-0654
E-mail: mike.richards@dentons.com

ATTORNEYS FOR MUNICIPAL
DEFENDANTS AND CROSSCLAIMANTS
JOHN WEAKLAND, JASON BARNES,
AND MADISON COUNTY, IOWA

Copies To:

Robert G. Rehkemper
Cory F. Gourley
GOURLEY, REHKEMPER,
& LINDHOLM, PLC
440 Fairway Drive, Suite 210
West Des Moines, IA 50266
Email: rgrehkemper@grllaw.com
Email: cfgourley@grllaw.com

ATTORNEYS FOR PLAINTIFF
KENT H. PAYNE, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF JORDAN KENT PAYNE

Paul J. Statler
STATLER LAW, P.L.L.C.
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Email: paul@statlerlaw.net

Glen S. Downey
THE LAW OFFICES OF
GLEN S. DOWNEY, LLC
5214 Ingersoll Avenue
Des Moines, IA, 50312
Email: glen@downey-law.net

ATTORNEYS FOR PLAINTIFF
LESLIE KING-PAYNE, INDIVIDUALLY

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on February 13, 2023, by:

| ☐ U.S. Mail | FAX ☐ |
| ☐ Hand Delivered | Overnight Courier ☐ |
| ☐ Email | CM/ECF ☒ |

Signature:   /s/ Michael C. Richards

Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com

ATTORNEYS FOR DEFENDANTS AND
CROSSCLAIM DEFENDANTS
EYERLY-BALL COMMUNITY MENTAL
HEALTH SERVICES, AND
SCOTT THOMAS

3