Jason Barnes Deposition Excerpts ................................................................. MADISON APP 0014

Christina McKinley Deposition Excerpts ...................................................... MADISON APP 0034

Angela Henry Deposition Excerpts ................................................................ MADISON APP 0036

Scott Thomas Deposition Excerpts ................................................................. MADISON APP 0047

John Weakland Deposition Excerpts .............................................................. MADISON APP 0058

DCI Report ...................................................................................................... MADISON APP 0068

Payne Contempt Order, Depo. Ex. 1 ............................................................... MADISON APP 0073

Payne Arrest Report ........................................................................................ MADISON APP 0074

Payne Booking Report, Depo. Ex. 4 ............................................................... MADISON APP 0078

Payne Medicine Prescriptions, Depo. Ex. 5 .................................................... MADISON APP 0082

Payne Medication Record ............................................................................... MADISON APP 0086

Chirping Device Agreement ........................................................................... MADISON APP 0088

Chirp Record, Depo. Ex. 2 .............................................................................. MADISON APP 0093

Linda Barker Statement .................................................................................. MADISON APP 0131

Angela Henry Witness Statement ................................................................... MADISON APP 0132

Thomas Incident Report .................................................................................. MADISON APP 0133

Thomas Progress Note .................................................................................... MADISON APP 0136

UnityPoint Job Description, Depo. Ex. 6 ........................................................ MADISON APP 0138

Thomas Email, Depo. Ex. 31 .......................................................................... MADISON APP 0144

Payne Release ................................................................................................. MADISON APP 0145

Cell Check Record .......................................................................................... MADISON APP 0146

John Weakland Witness Statement ................................................................. MADISON APP 0153

Deputy Kinney Incident Report, Depo Ex. 24 ................................................ MADISON APP 0155

Deputy Little Statement, Depo. Ex. 25 ........................................................... MADISON APP 0158

Call for Service Record ................................................................................... MADISON APP 0159