IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN WEAKLAND, JASON BARNES, and MADISON COUNTY, IOWA, <br><br> Defendants and Crossclaimants, <br><br> EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS, <br><br> Defendants and Crossclaim Defendants. | Case No. 4:21-cv-00349 <br><br> **DEFENDANT JOHN WEAKLAND, JASON BARNES, AND MADISON COUNTY, IOWA'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS PURSUANT TO Fed.R.Civ.P. 12(c)** |

COME NOW Defendants John Weakland, Jason Barnes, and Madison County, Iowa (the "Municipal Defendants"), and pursuant to Fed.R.Civ.P. 12(c) file this Motion for Partial Judgment on the Pleadings, state to the Court as follows:

1. Municipal Defendants move for partial judgment on the pleadings on Counts I and II.

2. A party may bring a motion for judgment on the pleadings under Rule 12(c) after the pleadings are closed but early enough not to delay trial. Fed.R.Civ.P. 12(c).

3. The deadline to amend pleadings was April 28, 2022.

4. The trial is scheduled for September 5, 2023.

#3423902

5. Plaintiffs' complaint asserts a claim under 42 U.S.C. § 1983 and a corresponding *Monell* claim on behalf of all three Plaintiffs, Kent Payne, Leslie King-Payne, and the Estate of Jordan K. Payne. (*See* Complaint, Doc. 1, Counts I and II, paragraphs 97 through 105).

6. The constitutional claims on behalf of Kent Payne and Leslie Payne *individually* fail as a matter of law. Only the Estate of Jordan Payne, through its administrator Kent Payne, can maintain a 42 U.S.C. § 1983 claim.

7. This motion for partial judgment on the pleadings only seeks judgment on the constitutional claims and associated damages (including a claim for attorney fees) pled *individually* by Kent Payne and Leslie King-Payne, not those pled by Kent Payne as Administrator for the Estate of Jordan K. Payne.

8. Because Kent H. Payne and Leslie King-Payne do not have an *individual* right to assert constitution violations allegedly suffered by their son Jordan Payne, the pleadings fail to state a claim upon which relief can be granted as to their *individual* claims in Count I and II. Kent H. Payne and Leslie King-Payne's *individual* claims asserting a right to recover under Counts I and II must therefore be dismissed.

9. Municipal Defendants are filing a brief in support of this motion with supporting exhibits, which are incorporated herein by reference.

10. The Municipal Defendants also have a pending partial motion for summary judgment of all Plaintiffs' claims under Count I and II based on the failure to establish deliberate indifference and the application of qualified immunity. (*See* Doc. 42 and 43). If Municipal Defendants' partial motion for summary judgment on Counts I and II is granted, this motion would be moot.

WHEREFORE, Municipal Defendants move the court to grant this Motion for Partial Judgment on the Pleadings, dismissing the constitutional claims and associated damages pled *individually* by Kent Payne and Leslie King-Payne, including but not limited to a claim for attorneys' fees under 42 U.S.C. § 1983, and for any other relief the Court deems appropriate and just.

/s/ Michael C. Richards
Michael C. Richards, AT0010828
Katie E. Gral, AT0013357
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone:  (515) 288-2500
Facsimile:  (515) 243-0654
Email: mike.richards@dentons.com
Email: katie.gral@dentons.com

ATTORNEYS FOR DEFENDANTS
JOHN WEAKLAND, JASON BARNES,
AND MADISON COUNTY, IOWA

Copies To:

Robert G. Rehkemper
Cory F. Gourley
GOURLEY, REHKEMPER,
& LINDHOLM, PLC
440 Fairway Drive, Suite 210
West Des Moines, IA 50266
Email: rgrehkemper@grllaw.com
Email: cfgourley@grllaw.com

ATTORNEYS FOR PLAINTIFF
KENT H. PAYNE, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF JORDAN KENT PAYNE

Paul J. Statler
STATLER LAW, P.L.L.C.
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Email: paul@statlerlaw.net

ATTORNEYS FOR PLAINTIFF
LESLIE KING-PAYNE, INDIVIDUALLY

Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com

ATTORNEYS FOR DEFENDANTS AND
CROSSCLAIM DEFENDANTS
EYERLY-BALL COMMUNITY MENTAL
HEALTH SERVICES, AND
SCOTT THOMAS

| PROOF OF SERVICE | |
|---|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on March 1, 2023, by: | |
| ☐ U.S. Mail | FAX ☐ |
| ☐ Hand Delivered | Overnight Courier ☐ |
| ☐ Email | CM/ECF ☒ |
| Signature:   /s/ Michael C. Richards | |