IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, MADISON COUNTY, IOWA,<br><br>Defendants and Crossclaimants,<br><br>and EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>Defendants and Crossclaim Defendants. | Case No. 4:21-cv-00349<br><br>**PLAINTIFF LESLIE KING-PAYNE'S REPONSES TO DEFENDANTS AND CROSSCLAIMANTS JOHN WEAKLAND, JASON BARNES, AND MADISON COUNTY, IOWA'S FIRST INTERROGATORIES** |

COMES NOW Plaintff Leslie King-Payne, and for her answers to Defendants John Weakland, Jason Barnes, and Madison County, Iowa ("Municipal Defendants"), states as follows:

       */s/   Paul J. Statler*
Paul J. Statler, AT0012577
STATLER LAW, P.L.L.C.
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Email: paul@statlerlaw.net

Glen S. Downey
THE LAW OFFICES OF
GLEN S. DOWNEY, LLC
5214 Ingersoll Avenue
Des Moines, IA, 50312
Email: glen@downey-law.net
ATTORNEYS FOR PLAINTIFF
LESLIE KING-PAYNE, INDIVIDUALLY

EXHIBIT
A

| CERTIFICATE OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein via the court's electronic filing system on April 20, 2022. |
| By: ☐ U.S. Mail ☐ FAX<br>☐ Hand Delivered ☐ Overnight Courier<br>☐ Certified Mail ☒ E-Filed |
| Signature: Paul Statler |

Copies to:

/s/ Michael C. Richards
Michael C. Richards, AT0010828
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone:   (515) 288-2500
Facsimile:    (515) 243-0654
E-mail: mike.richards@dentons.com
ATTORNEYS FOR MUNICIPAL
DEFENDANTS AND CROSSCLAIMANTS
JOHN WEAKLAND, JASON BARNES,
AND MADISON COUNTY, IOWA


Robert G. Rehkemper
Cory F. Gourley
GOURLEY, REHKEMPER, & LINDHOLM, PLC
440 Fairway Drive, Suite 210
West Des Moines, IA 50266
Email: rgrehkemper@grllaw.com
Email: cfgourley@grllaw.com

ATTORNEYS FOR PLAINTIFF
KENT H. PAYNE, INDIVIDUALLY,
AND AS ADMINISTRATOR OF
THE ESTATE OF JORDAN KENT PAYNE


Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700

Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com

ATTORNEYS FOR DEFENDANTS AND
CROSSCLAIM DEFENDANTS EYERLY-
BALL COMMUNITY MENTAL HEALTH
SERVICES, AND SCOTT THOMAS

**INTERROGATORY NO. 7:** Pursuant to Gordon v. Noel, 356 N.W.2d 559 (Iowa 1984), state the following with regard to any damages you are claiming in this lawsuit:

(a) State the specific dollar amount, if any, claimed for loss of support;

(b) State the specific dollar amount, if any, claimed for services - parent-child consortium;

(c) State the nature and amount of any other claims for damages, other than those identified above, and arising from the death of Jordan Kent Payne.

**ANSWER:**

In full and final settlement of all claims against Defendant Weakland, Barnes and Madison County, Iowa, Plaintiff Kent Payne, Individually and as the Administrator of the Estate or Jordan Kent Payne will accept the insurance limits of the County Defendants in the amount of $5,000,000. In addition to monetary compensation, Plaintiffs would also require verification that appropriate suicide prevention policies and procedures have been adopted and implemented by Madison County and that all staff has been appropriately trained on those suicide prevention policies and procedures.

This offer is withdrawn if not accepted by 5:00 p.m. on May 6, 2022.

The determination of the monetary value to be placed upon damages suffered by individuals is peculiarly a function of the jury. Plaintiff trusts the good judgment of a Madison County jury in this case. However, since Defendants requires an answer to this question and Defendant would attempt to preclude Plaintiffs from asking for a specific amount at jury trial if the answer is not provided, Plaintiff notifies Defendant that they anticipate suggesting to the jury that a just compensation for their damages would be as follows:

(a) Present value worth of Jordan's estate – Still being calculated. Will be supplemented.

(b) Burial Expenses – Total funeral expenses: $12,516.95; Total paid $10,075.98 – Kent: $4,000; Leslie paid $6,075.98; Headstone expense: $3,869.63 – Kent: $1,934.82; Leslie paid $1,934.81.

(c) Loss of Support - $TBD – will be supplemented.

(d) Loss of Parental Consortium - $5,000,000.00

(e) Pre-Death Loss of Earnings - $0

(f) Pre-Death Medical Expenses - $3,026.69

(g)         Pre-Death Physical and Mental Pain and Suffering - $2,500,000.00

(h)         Pre-Death Loss of Full Mind and Body - $1,000,000.00

(i)          Other – Reasonable Attorney Fees currently being accrued at the rate of $450/hr.

Plaintiff reserves the right to supplement this response.

# VERIFICATION

STATE OF IOWA        )
                     ) ss:
COUNTY OF POLK       )

I, Leslie King-Payne, being first duly sworn upon my oath, depose and state that I am a Plaintiff in the above-entitled cause of action; that I have read the statements contained in the foregoing Answers to Interrogatories and that the statements therein contained are true and correct as I verily believe.

Dated this 9 day of April, 2022.

*Leslie King-Payne*
Leslie King-Payne

Subscribed and sworn to before me this 9 day of APRL, 2022.

NOTARY PUBLIC – State of Iowa

PAUL J. STATLER
Commission Number 786966
My Commission Expires
November 7, 2023

**Exhibit A, Page 6 of 6**