IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>　　　　Plaintiffs,<br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, MADISON COUNTY, IOWA, EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>　　　　Defendants | Case No. 4:21-cv-00349<br><br><br><br><br><br><br><br>PLAINTIFF KENT PAYNE'S RESPONSE TO DEFENDANTS JOHN WEAKLAND, JASON BARNES, AND MADISON COUNTY, IOWA'S INTERROGATORIES |
| JOHN WEAKLAND, JASON BARNES, MADISON COUNTY, IOWA,<br><br>　　　　Crossclaim Plaintiffs,<br>vs.<br><br>EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>　　　　Crossclaim Defendants. | |

**COMES NOW** Plaintiff, Kent Payne, and hereby submits his answers to Defendant, John Weakland, Jason Barnes, and Madison County, Iowa's Interrogatories.

EXHIBIT B

Respectfully Submitted,

GOURLEY, REHKEMPER,
& LINDHOLM, P.L.C.

By: /s/Robert Rehkemper
_____
Robert G. Rehkemper, AT0006553
Cory F. Gourley, AT0002966
440 Fairway Drive, Suite 210
West Des Moines, IA 50266
Telephone No.: (515)-226-0500
Email: rgrehkemper@grllaw.com
Email: cfgourley@grllaw.com
ATTORNEYS FOR PLAINTIFF KENT H. PAYNE, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF JORDAN KENT PAYNE

Original to:

Michael C. Richards
Dentons Davis Brown PC,
215 10th St, Ste 1300,
Des Moines, IA 50309-3993
Email: mike.richards@dentons.com
ATTORNEYS FOR MUNICIPAL DEFENDANTS JOHN WEAKLAND, JASON BARNES, AND MADISON COUNTY, IOWA

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings April 14, 2022

By:  ☐ U.S. Mail          ☐ FAX
     ☐ Hand Delivered     ☐ Overnight Courier
     ☐ Certified Mail     X  Other: E-mail

Signature  /s/ McKayla Kromrie

2

Copies to:

Paul J. Statler
STATLER LAW, P.L.L.C.
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Email: paul@statlerlaw.net
Glen S. Downey
THE LAW OFFICES OF
GLEN S. DOWNEY, LLC
5214 Ingersoll Avenue
Des Moines, IA, 50312
Email: glen@downey-law.net
ATTORNEYS FOR PLAINTIFF
LESLIE KING-PAYNE, INDIVIDUALLY

Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com
ATTORNEYS FOR DEFENDANTS
EYERLY-BALL COMMUNITY MENTAL
HEALTH SERVICES, AND
SCOTT THOMAS

**INTERROGATORY NO. 11:** Pursuant to Gordon v. Noel, 356 N.W.2d 559 (Iowa 1984), state the following with regard to any damages you are claiming in this lawsuit:

(a) Set forth the specific dollar amount, if any, claimed for present worth of the value of the estate;

(b) State the specific dollar amount, if any, claimed for burial expenses;

(c) State the specific dollar amount, if any, claimed for loss of support;

(d) State the specific dollar amount, if any, claimed for services - parent-child consortium;

(e) State the specific dollar amount, if any, claimed for pre-death loss of time - earnings;

(f) State the specific dollar amount, if any, claimed for pre-death medical expenses;

(g) State the specific dollar amount, if any, claimed for pre-death physical and mental pain and suffering;

(h) State the specific dollar amount, if any, claimed for pre-death loss of full mind and body; and

(i) State the nature and amount of any other claims for damages, other than those identified above, and arising from the death of Jordan Kent Payne.

**ANSWER:**

In full and final settlement of all claims against Defendant Weakland, Barnes and Madison County, Iowa, Plaintiff Kent Payne, Individually and as the Administrator of the Estate or Jordan Kent Payne will accept the insurance limits of the County Defendants in the amount of $5,000,000. In addition to monetary compensation, Plaintiffs would also require verification that appropriate suicide prevention policies

and procedures have been adopted and implemented by Madison County and that all staff has been appropriately trained on those suicide prevention policies and procedures.

This offer is withdrawn if not accepted by 5:00 p.m., May 6, 2022.

The determination of the monetary value to be placed upon damages suffered by individuals is peculiarly a function of the jury. Plaintiff trusts the good judgment of a Madison County jury in this case. However, since Defendants requires an answer to this question and Defendant would attempt to preclude Plaintiffs from asking for a specific amount at jury trial if the answer is not provided, Plaintiff notifies Defendant that they anticipate suggesting to the jury that a just compensation for their damages would be as follows:

(a) Present value worth of Jordan's estate – Still being calculated. Will be supplemented.

(b) Burial Expenses – For the funeral services the total was $12,516.95, of which $10,075.98 has been paid. Kent paid $4,000 and Leslie paid $6,075.98, Kent is making payments of $200 a month for the remaining $2,440.97. The head stone was $3,869.63 which Kent paid $1,934.82 and Leslie paid the remaining amount.

(c) Loss of Support - $TBD

(d) Loss of Parental Consortium - $5,000,000.00

(e) Pre-Death Loss of Earnings - $0

(f) Pre-Death Medical Expenses - $3,026.69

(g) Pre-Death Physical and Mental Pain and Suffering - $2,500,000.00

(h) Pre-Death Loss of Full Mind and Body - $1,000,000.00

(i) Other – Reasonable Attorney Fees currently being accrued at the rate of $450/hr.

## VERIFICATION

I, Kent Payne, state that I am a party in these proceedings; that I have read the foregoing Answers to Interrogatories and know the contents thereof, and the responses contained herein are true and correct as I verily believe.

Date: 4/12/20

_____
Kent Payne