THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>　　　　Plaintiffs,<br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, MADISON COUNTY, IOWA, EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>　　　　Defendants | Case No. 4:21-cv-00349 |
| JOHN WEAKLAND, JASON BARNES, MADISON COUNTY, IOWA,<br><br>　　　　Crossclaim Plaintiffs,<br>vs.<br><br>EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>　　　　Crossclaim Defendants. | PLAINTIFFS' <u>UNRESISTED</u> MOTION FOR EXTENTION OF TIME TO FILE RESISTANCES TO BOTH DEFENDANTS' MOTIONS FOR SUMMARY JUDGEMENT |

COME NOW Plaintiffs, by and through their Attorneys, and for Plaintiffs' Unresisted Motion for Extension of Time to File Resistance to Both Defendants' Motions for Summary Judgment, state the following:

1. Defendants John Weakland, Jason Barnes, and Madison County, Iowa (Collectively "MADCO Defendants") filed a Motion for Summary Judgment on

1

February 13, 2023.

2. Accompanying MADCO Defendants' Motion were a Statement of Material Facts containing 196 paragraphs of factual allegations Plaintiffs must respond to and a Brief totaling 53 pages.

3. Plaintiffs' deadline to respond to the MADCO Defendants is today, March 6, 2023.

4. Defendants Eyerly-Ball Community Mental Health and Scott Thomas (Collectively "Eyerley-Ball Defendants") filed their Motion for Partial Summary Judgment on February 14, 2023.

5. Accompanying Eyerley-Ball Defendants' Motion were a Statement of Material Facts containing 49 paragraphs of factual allegations Plaintiffs must respond to and a Brief totaling 27 pages.

6. Plaintiffs' deadline to respond to the Eyerley-Ball Defendant's is March 7, 2023.

7. Plaintiffs have been working diligently to timely respond to both Defendants' motions but need additional time given the factual and legal complexity of this case to adequately respond.

8. Plaintiffs are respectfully requesting that their deadline to respond to both Defendants' motions for summary judgment be extended to Monday, March 13, 2023.

9. Plaintiffs have spoken to defense counsel for both Defendants and neither Defendant resists Plaintiffs request.

WHEREFORE according to the foregoing, the undersigned respectfully requests

that Plaintiffs' deadline to respond to both Defendants' motions for summary judgment be extended to March 13, 2023.

        Respectfully Submitted,

        GOURLEY, REHKEMPER,
        & LINDHOLM, P.L.C.

        By: /s/*Robert Rehkemper*
        Robert G. Rehkemper, AT0006553
        Cory F. Gourley, AT0002966
        440 Fairway, Suite 210
        West Des Moines, IA 50266
        Telephone No. (515) 226-0500
        Email: rgrehkemper@grllaw.com
               cfgourley@grllaw.com
        ATTORNEYS FOR PLAINTIFF KENT PAYNE INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE FOR JORDAN PAYNE

        _/s/ Paul Statler_
        Paul J. Statler, AT0012577
        301 East Walnut Street, Suite 7
        Des Moines, Iowa 50309
        Phone: 515.288.0509 Fax: 515.608.4484
        Email: paul@statlerlaw.net
        ATTORNEYS FOR PLAINTIFF
        LESLIE KING-PAYNE, INDIVIDUALLY

Copies to:

Michael Richards
Dentons Davis Brown PC
215 10th ST. Suite 1300
Des Moines, IA 50309
515-288-2500
Mike.richards@dentons.com
ATTORNEY FOR DEFENDANTS
JOHN WEAKLAND, JASON BARNES, AND MADISON COUNTY, IOWA

---

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on March 6, 2023

By:  ☐ U.S. Mail  ☐ FAX
     ☐ Hand Delivered  ☐ Overnight Courier
     ☐ Certified Mail  ☒ E-Filed

Signature: Robert Rehkemper

Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com
ATTORNEYS FOR EYERLY-BALL
COMMUNITY MENTAL HEALTH