IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, MADISON CO., IOWA, EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICE, and SCOTT THOMAS,<br><br>Defendants. | Case No. 4:21-cv-00349 |
| JOHN WEAKLAND, JASON BARNES, and MADISON CO., IOWA,<br><br>Cross-Claimants,<br><br>vs.<br><br>EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICE, and SCOTT THOMAS,<br><br>Cross-Defendants. | **PLAINTIFFS' RESISTANCE TO ALL DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

**COME NOW** Plaintiffs, by and through counsel, and pursuant to Federal Rule of Civil Procedure 56(c) and Local Rule 56(b)(3), and hereby resist all Defendants' Motions for Summary Judgment for the reasons set forth in the simultaneously filed Briefs in Resistance to Defendants' Motions for Summary

1

Judgment. Defendants are not entitled to Judgment as a Matter of Law or qualified immunity under the disputed facts, taken in the light most favorable to Plaintiffs.

Respectfully Submitted,

GOURLEY, REHKEMPER,
& LINDHOLM, P.L.C.

By: /s/*Robert Rehkemper*
Robert G. Rehkemper, AT0006553
Cory F. Gourley, AT0002966
440 Fairway, Suite 210
West Des Moines, IA 50266
Telephone No. (515) 226-0500
Email: rgrehkemper@grllaw.com
      cfgourley@grllaw.com
ATTORNEYS FOR PLAINTIFF KENT PAYNE INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE FOR JORDAN PAYNE

Paul J. Statler, AT0012577
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Phone: 515.288.0509 Fax: 515.608.4484
Email: paul@statlerlaw.net
ATTORNEYS FOR PLAINTIFF
LESLIE KING-PAYNE, INDIVIDUALLY

ORIGINAL FILED

Copies to:

Michael Richards
Dentons Davis Brown PC
215 10th ST. Suite 1300
Des Moines, IA 50309
515-288-2500
Mike.richards@dentons.com
ATTORNEY FOR DEFENDANTS
JOHN WEAKLAND, JASON BARNES,
AND MADISON COUNTY, IOWA


Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com
ATTORNEYS FOR EYERLY-BALL
COMMUNITY MENTAL HEALTH

CERTIFICATE OF SERVICE
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on March 13, 2023
By: ☐ U.S. Mail     ☐ FAX
    ☐ Hand Delivered  ☐ Overnight Courier
    ☐ Certified Mail  ☒ E-Filed

Signature: Robert Rehkemper