THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>     Plaintiffs,<br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, MADISON COUNTY, IOWA, EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>     Defendants | Case No. 4:21-cv-00349 |
| JOHN WEAKLAND, JASON BARNES, MADISON COUNTY, IOWA,<br><br>     Crossclaim Plaintiffs,<br>vs.<br><br>EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>     Crossclaim Defendants. | JOINT MOTION FOR STATUS CONFERENCE |

COME NOW All Parties, by and through their Attorneys, and for their Motion for Extension of Time to File Expert Designations, state the following:

1.    This case is currently scheduled for a ten-day trial beginning September 5, 2023, at 9:00 a.m.

2.    Final Pretrial Conference is scheduled for August 24, 2023, with pretrial submissions due on August 21st.

3.     All defendants have filed Summary Judgment Motions which are currently pending before the court.

4.     The Madison County Defendants have an automatic right to appeal adverse rulings on the qualified immunity issues raised via their motion for summary judgment.

5.     Depending on the Court's rulings on the Summary Judgment issues, Plaintiffs would also have the ability to seek appellate review of adverse rulings.

6.     It is in the interest of justice and judicial efficiency for all claims against all defendants surviving summary judgment and/or appellate review to be tried together in a single trial.

7.     All parties recognize and appreciate the court's significant scheduling challenges and do not wish to squander a ten-day trial assignment that could be more efficiently utilized by the court if sufficient notice is given of practical challenges facing the instant case proceeding to trial as currently scheduled.

8.     Additionally, Trial will necessitate the testimony of numerous current employees of the Madison County Sheriff's Office and Jail.  As such, significant advance coordination of emergency personnel schedules will need to take place to ensure the continuation of Madison County Sheriff's Office and Jail operations.

9.      The parties would respectfully request a Scheduling Conference to be set at the court's earliest opportunity to discuss and address the reality of trial proceeding as currently scheduled and/or expectations of the parties.

Respectfully Submitted,

GOURLEY, REHKEMPER,
& LINDHOLM, P.L.C.
By: /s/
_____
Robert G. Rehkemper,  AT0006553
Cory F. Gourley, AT0002966
440 Fairway, Suite 210
West Des Moines, IA 50266
Telephone No. (515) 226-0500
Email:  rgrehkemper@grllaw.com
Email: cfgourley@grllaw.com
ATTORNEYS FOR PLAINTIFF KENT H.
PAYNE, INDIVIDUALLY, AND AS
ADMINISTRATOR OF THE ESTATE OF
JORDAN KENT PAYNE

Copies to:

Paul J. Statler
STATLER LAW, P.L.L.C.
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Email: paul@statlerlaw.net
ATTORNEY FOR PLAINTIFF
LESLIE KING-PAYNE, INDIVIDUALLY

Michael C. Richards
Katherine E. Gral
DENTONS DAVIS BROWN PC
215 10th St, Suite 1300
Des Moines, IA 50309
Email: mike.richards@dentons.com
Email: katie.gral@dentons.com
ATTORNEYS FOR DEFENDANTS
JOHN WEAKLAND, JASON BARNES,
and MADISON COUNTY, IOWA

| CERTIFICATE OF SERVICE | | |
|---|---|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 28, 2023 | | |
| By: | ☐ U.S. Mail | ☐FAX |
| | ☐ Hand Delivered | ☐Overnight Courier |
| | ☐Certified Mail | ☒E-Filed |
| Signature: Robert Rehkemper | | |

Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com
ATTORNEYS FOR EYERLY-BALL
COMMUNITY MENTAL HEALTH