IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, and MADISON COUNTY, IOWA,<br><br>Defendants and Crossclaimants,<br><br>EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>Defendants and Crossclaim Defendants. | Case No. 4:21-cv-00349<br><br>**DEFENDANT MADISON COUNTY, IOWA, JOHN WEAKLAND AND JASON BARNES' VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CROSS CLAIMS** |

COME NOW, Madison County, Iowa, John Weakland, and Jason Barnes, by and through their counsel, and voluntarily dismiss *without prejudice* their cross claims against Eyerly-Ball Community Mental Health Services and Scott Thomas, pursuant to Fed.R.Civ.P. 41(a)(ii).

/s/ Michael C. Richards
Michael C. Richards, AT0010828
Katie E. Gral, AT0013357
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone:   (515) 288-2500
Facsimile:   (515) 243-0654
Email: mike.richards@dentons.com
Email: katie.gral@dentons.com
ATTORNEYS FOR DEFENDANTS AND CROSSCLAIMANTS  JOHN WEAKLAND, JASON BARNES, AND MADISON COUNTY, IOWA

**CROSS CLAIM DEFENDANTS' STIPULATION**

COME NOW, Eyerly-Ball Community Mental Health Services and Scott Thomas, by and through their counsel, and hereby stipulate and consent to the voluntary dismissal *without prejudice* the cross claims against them, pursuant to Fed.R.Civ.P. 41(a)(ii).

/s/ Joseph F. Moser
Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com
ATTORNEYS FOR DEFENDANTS AND CROSSCLAIM DEFENDANTS EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, AND SCOTT THOMAS

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on July 10, 2023, by:

| ☐ U.S. Mail | FAX ☐ |
| ☐ Hand Delivered | Overnight Courier ☐ |
| ☐ Email | CM/ECF ☒ |

Signature:  /s/ Michael C. Richards