IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, and MADISON COUNTY, IOWA,<br><br>Defendants and Crossclaimants,<br><br>EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>Defendants and Crossclaim Defendants. | Case No. 4:21-cv-00349<br><br>**DEFENDANTS JOHN WEAKLAND, JASON BARNES, AND MADISON COUNTY, IOWA'S OBJECTION AND APPEAL OF MAG. JUDGE ADAMS' ORDER DATED 4/11/2024 (DOC. NO. 90) SETTING TRIAL AND FINAL PRETRIAL CONFERENCE** |

Pursuant to Fed. R. Civ. P. 72 and LR 72A, Defendants John Weakland, Jason Barnes, and Madison County, Iowa (the "Municipal Defendants"), by and through their undersigned counsel, respectfully object to, appeal, and move the Court to reconsider the order issued by Chief U.S. Magistrate Judge Adams on April 11, 2024 (Doc. No. 90), setting the Final Pretrial Conference and Trial. In support of this request the Municipal Defendants state:

1. On February 13, 2023, Municipal Defendants filed a motion for partial summary judgment.

2. On March 29, 2024, the Court granted Defendants motion for partial summary judgment.

3. The Court ordered the parties to convene for a status conference to set a trial date for the remaining claims.

#3897780

4.	The parties convened for the status conference hearing and advised the Court that they believed the case required six days for trial.

5.	Mr. Austin Putz, on behalf of Judge Adams, sent an email to counsel after the status conference hearing and provided the parties with potential dates beginning in December 2024 and ending in March 2025.  One of the proposed dates was February 10 through 18, 2025.  Exhibit 1.

6.	Undersigned counsel responded to the email and advised the Court that it had a conflict with a proposed trial beginning on February 10, 2025, and lasting through February 18, 2025.  Exhibit 2.

7.	In particular, undersigned counsel has a 10-day jury trial beginning in Clarke County, Iowa on February 17, 2025, case no. LACV013095, *Estate of Cook, et all v. BNSF Railway Company and Clarke County, Iowa*.  The lawsuit involves a fatal accident where a motor vehicle with four passengers collided with a BNSF train at a railroad crossing.  Three individuals were killed and a third was injured.  Plaintiffs include two estates and their personal representatives who each sued the County and BNSF Railway.  There are five law firms in the case: two law firms represent the plaintiffs, two law firms represent BNSF, and undersigned counsel represents Clarke County.  The case has been scheduled for trial since October 12, 2023.

8.	The *Estate of Cook, et al.* case is also consolidated for discovery purposes with another case arising out of the same incident brought by the two other people in the vehicle, one of which was killed and one of which was injured.  The second case is case no. LACV013099, *Estate of Eggers, et al v. BNSF Railway Company and Clarke County, Iowa* and is scheduled for a 10-day trial April 7 through 18, 2025.  In this second Clarke County case, Robert G. Rehkemper, counsel for the Estate of Jordan Payne in this case, represents the two plaintiffs, BNSF is represented by the same two law firms, and undersigned counsel represents Clarke County.

9. After all parties responded to the proposed trial dates, Judge Adams entered an order setting the trial for February 10, 2025, with an estimated trial length of five or six days. (Doc. No. 90).

10. Undersigned counsel respectfully objects to and appeals Judge Adams' order setting this trial for February 10, 2025, and moves the Court to reconsider the date upon which this trial will commence.

11. Undersigend counsel has a real and unavoidable conflict with a trial beginning on February 10, 2025, as described above. The date selected conflicts with another previously set jury trial that involves five law firms, two deaths, and is consolidated for discovery with a second case that involves one death, another injured party, and four law firms.

12. The Madison County Defendants are prejudiced by the decision to schedule the trial of this matter when undersigned counsel has unavoidable conflict.

WHEREFORE, Defendants John Weakland, Jason Barnes, and Madison County, Iowa respectfully object to, appeal, and move the Court to reconsider the Order issued by the Mag. Judge Adams on April 11, 2024, setting the Final Pretrial Conference and Trial, and for any other relief the Court deems appropriate and just.

/s/ Michael C. Richards
Michael C. Richards, AT0010828
Katie E. Gral, AT0013357
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone:   (515) 288-2500
Facsimile:    (515) 243-0654
Email: mike.richards@dentons.com
Email: katie.gral@dentons.com

ATTORNEYS FOR DEFENDANTS
JOHN WEAKLAND, JASON BARNES,
AND MADISON COUNTY, IOWA

Copies to:

Robert G. Rehkemper
Cory F. Gourley
GOURLEY, REHKEMPER,
& LINDHOLM, PLC
440 Fairway Drive, Suite 210
West Des Moines, IA 50266
Email: rgrehkemper@grllaw.com
Email: cfgourley@grllaw.com

ATTORNEYS FOR PLAINTIFF
KENT H. PAYNE, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF JORDAN KENT PAYNE

Paul J. Statler
STATLER LAW, P.L.L.C.
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Email: paul@statlerlaw.net

ATTORNEYS FOR PLAINTIFF
LESLIE KING-PAYNE, INDIVIDUALLY

Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com

ATTORNEYS FOR DEFENDANTS AND
CROSSCLAIM DEFENDANTS
EYERLY-BALL COMMUNITY MENTAL
HEALTH SERVICES, AND
SCOTT THOMAS

| PROOF OF SERVICE | |
|---|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on April 18, 2024, by: | |
| ☐ U.S. Mail | FAX ☐ |
| ☐ Hand Delivered | Overnight Courier ☐ |
| ☐ Email | CM/ECF ☒ |
| Signature: /s/ Michael C. Richards | |

# Richards, Mike

| | |
|---|---|
| **From:** | Austin Putz <Austin_Putz@iasd.uscourts.gov> |
| **Sent:** | Monday, April 8, 2024 11:57 AM |
| **To:** | cfgourley@grllaw.com; jhilmes@finleylaw.com; jmoser@finleylaw.com; Gral, Katie; Richards, Mike; paul_statlerlaw.net; RGRehkemper@GRLLaw.com |
| **Subject:** | Trial Date Options  Payne et al. v. Weakland et al, 4:21-cv-349 |

**[WARNING: EXTERNAL SENDER]**

Counsel,

By no later than 4/11/2024, please confer and provide all dates from the list below that the parties are available for trial.

December 2-9, 2024

December 9-16, 2024

January 21-28, 2025

January 27 – February 3, 2024

February 10-18, 2024

February 24 – March 3, 2025

March 24-31, 2025


Thank you,
Austin Putz
Term Law Clerk
Chief U.S. Magistrate Judge Helen C. Adams
123 E. Walnut, Room 420
Des Moines, IA  50309
(515) 284-6264

EXHIBIT 1

# Richards, Mike

| | |
|---|---|
| **From:** | Richards, Mike |
| **Sent:** | Wednesday, April 10, 2024 4:06 PM |
| **To:** | Austin Putz; cfgourley@grllaw.com; jhilmes@finleylaw.com; jmoser@finleylaw.com; Gral, Katie; paul_statlerlaw.net; RGRehkemper@GRLLaw.com |
| **Subject:** | RE: Trial Date Options Payne et al. v. Weakland et al, 4:21-cv-349 |

Dear All:

**December 2-9, 2024**

I am free Dec 2 – 6. I have a 3 day jury trial December 9-11 in Scott County.

**December 9-16, 2024**

I have a 3 day jury trial December 9-11 in Scott County, and a 5 day jury trial December 16-20 in Dallas County.

**January 21-28, 2025**

I have a 7 day jury trial January 27-Feb 4 in Scott County.

**January 27 – February 3, 2024**

I have a 7 day jury trial January 27-Feb 4 in Scott County.

**February 10 – 18, 2024**

I have a 10 day jury trial February 17-28 in Clarke County.

**February 24 – March 3, 2025**

I have a 10 day jury trial February 17-28 in Clarke County.

**March 24-31, 2025**

I have a 5 day jury trial March 24-28 in Polk County. Of all the cases listed above, this is the most likely to either resolve, or that the other side might agree to a continuance.

Mike Richards
Shareholder

 +1 515 288 2500

Des Moines

---

**From:** Austin Putz <Austin_Putz@iasd.uscourts.gov>
**Sent:** Monday, April 8, 2024 11:57 AM
**To:** cfgourley@grllaw.com; jhilmes@finleylaw.com; jmoser@finleylaw.com; Gral, Katie <katie.gral@d

Richards, Mike <mike.richards@dentons.com>; paul_statlerlaw.net <paul@statlerlaw.net>; RGRehkemper@GRLLaw.com
**Subject:** Trial Date Options Payne et al. v. Weakland et al, 4:21-cv-349

**[WARNING: EXTERNAL SENDER]**

Counsel,

By no later than 4/11/2024, please confer and provide all dates from the list below that the parties are available for trial.

December 2-9, 2024

December 9-16, 2024

January 21-28, 2025

January 27 – February 3, 2024

February 10-18, 2024

February 24 – March 3, 2025

March 24-31, 2025


Thank you,
Austin Putz
Term Law Clerk
Chief U.S. Magistrate Judge Helen C. Adams
123 E. Walnut, Room 420
Des Moines, IA  50309
(515) 284-6264