IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, and MADISON COUNTY, IOWA,<br><br>Defendants and Crossclaimants,<br><br>EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>Defendants and Crossclaim Defendants. | Case No. 4:21-cv-00349<br><br>**DEFENDANTS JOHN WEAKLAND, JASON BARNES, AND MADISON COUNTY, IOWA'S MOTION TO WITHDRAW APPEAL OF JUDGE ADAMS' APRIL 11, 2024 ORDER SETTING TRIAL** |

Defendants John Weakland, Jason Barnes, and Madison County, Iowa (the "Municipal Defendants"), by and through their undersigned counsel, move to withdraw their Motion to Appeal Judge Adam's April 11, 2024 order setting trial. In support of this request the Municipal Defendants state:

1. On April 18, 2024, the Municipal Defendants filed a motion appealing Judge Adam's April 11, 2024 order setting trial.

2. The conditions which supported Municipal Defendants appeal based on a schedule conflict are no longer present.

3. The Municipal Defendants hereby move the Court to grant this motion to withdraw the appeal of Judge Adam's April 11, 2024 order.

#3998560

WHEREFORE, the Municipal Defendants respectfully move the Court to enter an Order withdrawing the Motion to Appeal Judge Adams' April 11, 2024 order, and for any other relief the Court deems appropriate and just.

/s/ Michael C. Richards
Michael C. Richards, AT0010828
Katie E. Gral, AT0013357
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone:  (515) 288-2500
Facsimile:   (515) 243-0654
Email: mike.richards@dentons.com
Email: katie.gral@dentons.com

ATTORNEYS FOR DEFENDANTS
JOHN WEAKLAND, JASON BARNES,
AND MADISON COUNTY, IOWA

Copies to:

Robert G. Rehkemper
Cory F. Gourley
GOURLEY, REHKEMPER,
& LINDHOLM, PLC
440 Fairway Drive, Suite 210
West Des Moines, IA 50266
Email: rgrehkemper@grllaw.com
Email: cfgourley@grllaw.com

ATTORNEYS FOR PLAINTIFF
KENT H. PAYNE, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF JORDAN KENT PAYNE

Paul J. Statler
STATLER LAW, P.L.L.C.
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Email: paul@statlerlaw.net

ATTORNEYS FOR PLAINTIFF
LESLIE KING-PAYNE, INDIVIDUALLY

Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com

ATTORNEYS FOR DEFENDANTS AND
CROSSCLAIM DEFENDANTS
EYERLY-BALL COMMUNITY MENTAL
HEALTH SERVICES, AND
SCOTT THOMAS

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on June 7, 2024, by:

☐ U.S. Mail                FAX ☐
☐ Hand Delivered    Overnight Courier ☐
☐ Email                       CM/ECF ☒

Signature:   /s/ Michael C. Richards