IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE and LESLIE KING-PAYNE,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, MADISON COUNTY, IOWA, EYERLY-BALL COMMUNITY HEALTH SERVICES, and SCOTT THOMAS,<br><br>Defendant. | Case No.: 4:21-CV-00349<br><br>PLAINTIFFS' RESISTANCE TO DEFENDANTS EYERLY-BALL AND SCOTT THOMAS'S SECOND MOTION FOR SUMMARY JUDGMENT |

**COME NOW** Plaintiffs, by and through counsel, and pursuant to Federal Rule of Civil Procedure 56(c) and Local Rule 56(b)(3), and hereby resist Defendants' Eyerly-Ball Community Mental Health Services and Scott Thomas's Second Motions for Summary Judgment for the reasons set forth in the simultaneously filed Brief in Resistance to Defendant's Motions for Summary Judgment. Taking the evidence in the light most favorable to the Plaintiffs, both defendants owed a duty to decedent, Jordan Payne, and fact questions exist regarding the breach of said duties and their causal relationship to the death of Mr. Payne.

Respectfully Submitted,

GOURLEY, REHKEMPER,
& LINDHOLM, P.L.C.

By: /s/*Robert Rehkemper*
Robert G. Rehkemper, AT0006553
440 Fairway, Suite 210
West Des Moines, IA 50266
Telephone No. (515) 226-0500
Email: rgrehkemper@grllaw.com
ATTORNEYS FOR PLAINTIFF KENT PAYNE INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE FOR JORDAN PAYNE

Paul J. Statler, AT0012577
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Phone: 515.288.0509 Fax: 515.608.4484
Email: paul@statlerlaw.net
ATTORNEYS FOR PLAINTIFF
LESLIE KING-PAYNE, INDIVIDUALLY

ORIGINAL FILED

Copies to:

Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com
ATTORNEYS FOR EYERLY-BALL COMMUNITY MENTAL HEALTH AND SCOTT THOMAS

Michael Richards
Dentons Davis Brown PC
215 10th ST. Suite 1300
Des Moines, IA 50309
515-288-2500
Mike.richards@dentons.com
ATTORNEY FOR DEFENDANTS JOHN WEAKLAND, JASON BARNES, AND MADISON COUNTY, IOWA

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on July 22, 2024.

By:
☐ U.S. Mail ☐ FAX
☐ Hand Delivered ☐ Overnight Courier
☐ Certified Mail ☒ E-Filed

Signature: Robert Rehkemper