IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KENT H. PAYNE, Individually and as the Administrator of the Estate of JORDAN KENT PAYNE, and LESLIE KING-PAYNE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN WEAKLAND, JASON BARNES, and MADISON COUNTY, IOWA,<br><br>Defendants,<br><br>EYERLY-BALL COMMUNITY MENTAL HEALTH SERVICES, and SCOTT THOMAS,<br><br>Defendants. | Case No. 4:21-cv-00349<br><br>**STIPULATED DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS JOHN WEAKLAND, JASON BARNES, AND MADISON COUNTY, IOWA** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiffs Kent Payne Individually and as the Administrator of the Estate of Jordan Kent Payne, and Leslie King-Payne, dismiss *with prejudice* all claims against only Defendants John Weakland, Jason Barnes and Madison County, Iowa.

/s/ Robert G. Rehkemper
Robert G. Rehkemper
GOURLEY, REHKEMPER,
& LINDHOLM, PLC
440 Fairway Drive, Suite 210
West Des Moines, IA 50266
Email: rgrehkemper@grllaw.com

/s/ Paul J. Statler
Paul J. Statler
STATLER LAW, P.L.L.C.
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Email: paul@statlerlaw.net

ATTORNEYS FOR PLAINTIFFS

#4076042

/s/ Michael C. Richards
Michael C. Richards, AT0010828
Katie E. Gral, AT0013357
DENTONS DAVIS BROWN PC
215 10th Street, Suite 1300
Des Moines, Iowa 50309-3993
Telephone:   (515) 288-2500
Facsimile:   (515) 243-0654
Email: mike.richards@dentons.com
Email: katie.gral@dentons.com

ATTORNEYS FOR DEFENDANTS
JOHN WEAKLAND, JASON BARNES,
AND MADISON COUNTY, IOWA

Copies to:

Robert G. Rehkemper
Cory F. Gourley
GOURLEY, REHKEMPER,
& LINDHOLM, PLC
440 Fairway Drive, Suite 210
West Des Moines, IA 50266
Email: rgrehkemper@grllaw.com
Email: cfgourley@grllaw.com

ATTORNEYS FOR PLAINTIFF
KENT H. PAYNE, INDIVIDUALLY, AND
AS ADMINISTRATOR OF THE ESTATE
OF JORDAN KENT PAYNE

Paul J. Statler
STATLER LAW, P.L.L.C.
301 East Walnut Street, Suite 7
Des Moines, Iowa 50309
Email: paul@statlerlaw.net

ATTORNEYS FOR PLAINTIFF
LESLIE KING-PAYNE, INDIVIDUALLY

Jack Hilmes
Joseph F. Moser
FINLEY LAW FIRM, P.C.
699 Walnut Street, Suite 1700
Des Moines, IA 50309
Email: jhilmes@finleylaw.com
Email: jmoser@finleylaw.com

ATTORNEYS FOR DEFENDANTS
EYERLY-BALL COMMUNITY MENTAL
HEALTH SERVICES, AND
SCOTT THOMAS

| PROOF OF SERVICE | |
|---|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on August 23, 2024, by: | |
| ☐ U.S. Mail | FAX ☐ |
| ☐ Hand Delivered | Overnight Courier ☐ |
| ☐ Email | CM/ECF ☒ |
| Signature: /s/ Robert Rehkemper | |